Andrew W. Stern (AS 7094)
Saima S. Ahmed (SA 9342)
SIDLEY AUSTIN BROWN & WOOD LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
:
DEBUSSY LLC, on behalf of itself and all others       : 05 Civ. 5550 (SHS) (JCF)
similarly situated,                                   :
                                                      : (Electronically Filed)
            Plaintiff,                                :
                                                      :
        against                                       : **NOTICE OF DEFENDANTS'**
                                                      : **MOTION TO DISMISS**
DEUTSCHE BANK AG and DEUTSCHE ASSET                   :
MANAGEMENT,                                           :
                                                      :
            Defendants.                               :
                                                      :
------------------------------------- X

  PLEASE TAKE NOTICE that upon the accompanying affidavit of Andrew W. Stern, dated August 23, 2005, and the exhibits attached thereto, the accompanying memorandum of law in support of defendants' motion to dismiss the Class Action Complaint, and all prior pleadings and proceedings in this action, defendants Deutsche Bank AG and Deutsche Asset Management will move this Court, before the Honorable Sidney H. Stein, at the United States District Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Class Action Complaint in its entirety and with prejudice, and for such other and

further relief as the Court may deem just and proper.

Dated: New York, New York
       August 24, 2005

>Respectfully submitted,
>
>SIDLEY AUSTIN BROWN & WOOD LLP
>
>By: ___s/ Andrew W. Stern___
>    Andrew W. Stern (AS 7094)
>    Saima S. Ahmed (SA 9342)
>    787 Seventh Avenue
>    New York, NY 10019
>    (212) 839-5300
>Attorneys for Defendants