Andrew W. Stern (AS 7094)
Saima S. Ahmed (SA 9342)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X

DEBUSSY LLC, on behalf of itself and all others similarly situated,

        Plaintiff,

    against

DEUTSCHE BANK AG and DEUTSCHE ASSET MANAGEMENT,

        Defendants.

------------------------------------------------- X

05 Civ. 5550 (SHS) (JCF)

(Electronically Filed)

**NOTICE OF CHANGE OF FIRM NAME**

      PLEASE TAKE NOTICE that effective January 1, 2006, the law firm of Sidley Austin Brown & Wood LLP is known as Sidley Austin LLP and that the address, telephone and facsimile information of Sidley Austin LLP, counsel to defendants Deutsche Bank AG and Deutsche Asset Management, is:

        Sidley Austin LLP
        787 Seventh Avenue
        New York, New York 10019
        Telephone: (212) 839-5300
        Facsimile: (212) 839-5599

Dated: January 5, 2006

By: _____
Andrew W. Stern (AS 7094)
Saima S. Ahmed (SA 9342)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

Attorneys for Defendants

TO:   Attorneys of Record

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2006, I caused a true and correct copy of the foregoing Notice of Change of Firm Name to be served by hand, addressed to counsel as follows:

ABBEY GARDY, LLP
Arthur N. Abbey
Karin E. Fisch
212 East 39th Street
New York, New York 10016
(212) 889-3700

In addition, I served and filed these documents via electronic means.

_____
Eli J. Glasser